In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO.  09-12-00223-CR**

_____

**RICHARD GOODWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-10-11611 CR**

## ORDER

In this appeal, Richard Goodwin challenges the trial court's ruling on his motion to suppress. Goodwin requested findings of fact and conclusions of law, but the record contains no written or oral findings on the motion to suppress. Findings of fact and conclusions of law made by the judge who conducted the hearing on the motion to suppress may aid this Court's review of the issues raised in the appellant's brief. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006).

1

Accordingly, it is ORDERED that the appeal is ABATED and the case is REMANDED to the trial court for entry of findings of fact and conclusions of law on the trial court's essential findings on the issues raised in the hearing of the appellant's motion to suppress. *See* Tex. R. App. P. 44.4. The supplemental clerk's record containing the trial court's findings of fact and conclusions of law are due to be filed in this Court by July 8, 2013. *See* Tex. R. App. P. 34.5(c)(2). All appellate timetables are suspended pending filing of the supplemental clerk's record with this Court. The parties may address the trial court's findings of fact and conclusions of law in supplemental briefs. The appellant's supplemental brief is due thirty days after the supplemental clerk's record is filed. The appellee's supplemental brief is due thirty days after the appellant files his supplemental brief. Requests for briefing extensions will be strongly disfavored.

ORDER ENTERED June 6, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.